```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
MANHATTAN PEDIATRIC DENTAL        :
GROUP, PC,                        :
                                  :
                     Plaintiff,   :
                                  :
          - against -             :
                                  :
DENTAL SMILES FOR KIDS,           :
                     Defendants.  :
---------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/11/2020

19 Civ. 11106 (JPO) (RWL)

**ORDER**

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

This matter was referred to the undersigned for settlement. The parties shall coordinate with each other and with my Deputy Clerk for scheduling an initial conference and a settlement conference.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated:   September 11, 2020
         New York, New York

Copies transmitted to all counsel of record.